- 1 -

1  Your Name: Bretz Washington
2  Address: 650 Ellis St Apt 3 SF CA 94109
3  Phone Number: 415 385-2002
4  Fax Number: _____
5  E-mail Address: _____
6  Pro Se Plaintiff

FILED
JAN 22 2024
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CV24 0365 RFL

Bretz Washington

Plaintiff,

vs.

United state Federal government

Defendant.

Case Number [leave blank]

**COMPLAINT**

DEMAND FOR JURY TRIAL

Yes ☐  No ☒

**PARTIES**

1. Plaintiff. [Write your name, address, and phone number. Add a page for additional plaintiffs.]

Name: Bretz Washington
Address: 650 Ellis St Apt 3 SF, CA 94109
Telephone: 415 385-2002

COMPLAINT
PAGE 1 OF 6 [JDC TEMPLATE – Rev. 05/2017]

2. Defendants. [*Write each defendant's full name, address, and phone number.*]

Defendant 1:

Name: North District oF CA

Address: 450 Golden Gate Avenue SF 94102

Telephone: 415 522-2000

Defendant 2:

Name: ___

Address: ___

Telephone: ___

Defendant 3:

Name: ___

Address: ___

Telephone: ___

**JURISDICTION**

[*Usually only two types of cases can be filed in federal court, cases involving "federal questions" and cases involving "diversity of citizenship." Check at least one box.*]

3. My case belongs in federal court

[X] under <u>federal question jurisdiction</u> because it is involves a federal law or right.

[*Which federal law or right is involved?*] ___

[ ] under <u>diversity jurisdiction</u> because none of the plaintiffs live in the same state as any of the defendants <u>and</u> the amount of damages is more than $75,000.

Being humiliated brought down dignity deFinition oFa my character It was defamation oF Charact but I'm not an Actor, $75,000.

COMPLAINT

PAGE 2 OF 6  [*JDC TEMPLATE – Rev. 05/2017*]

# VENUE

[*The counties in this District are: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo, or Sonoma. If one of the venue options below applies to your case, this District Court is the correct place to file your lawsuit. Check the box for each venue option that applies.*]

4. Venue is appropriate in this Court because:

    ☐ a substantial part of the events I am suing about happened in this district.

    ☐ a substantial part of the property I am suing about is located in this district.

    ☒ I am suing the U.S. government, federal agency, or federal official in his or her official capacity <u>and</u> I live in this district.

    ☐ at least one defendant is located in this District and any other defendants are located in California.

# INTRADISTRICT ASSIGNMENT

[*This District has three divisions: (1) San Francisco/Oakland (2) San Jose; and (3) Eureka. First write in the county in which the events you are suing about happened, and then match it to the correct division. The San Francisco/Oakland division covers Alameda, Contra Costa, Marin, Napa, San Francisco, San Mateo, and Sonoma counties. The San Jose division covers Monterey, San Benito, Santa Clara, Santa Cruz counties. The Eureka division covers Del Norte, Humboldt, Lake, Mendocino counties, only if all parties consent to a magistrate judge.*]

5. Because this lawsuit arose in <u>San Francisco</u> County, it should be assigned to the <u>Northern District</u> Division of this Court.

# STATEMENT OF FACTS

[*Write a short and simple description of the facts of your case. Include basic details such as <u>where</u> the events happened, <u>when</u> things happened and <u>who</u> was involved. Put each fact into a separate, numbered paragraph, starting with paragraph number 6. Use more pages as needed.*]

One day I went to Federal building United states Marshal to get proof of, my nationality one of your Federal officers said go to ancestor. Com,

COMPLAINT
PAGE 3 OF 6 [*JDC TEMPLATE – Rev. 05/2017*]

## CLAIMS

### First Claim

(Name the law or right violated: <u>Freedom of Information Act</u>)

(Name the defendants who violated it: <u>United state government Federal</u>)

[Explain briefly here <u>what</u> the law is, <u>what each</u> defendant did to violate it, and <u>how</u> you were harmed. You do not need to make legal arguments. You can refer back to your statement of facts.]

. Before I could leave the building one of your Federal U.S.A Marshal said he know what I was talk about, But he gave me a business card,

. that kind odd, Don't you supposed to have the paperwork on File where I can Fill out right on the spot then and there don't say a

. reservation when It was a gun range shooting ~~gun~~ range shooting gallery Holocaust

. well that Matter I can the whole united states

//

COMPLAINT
PAGE 4 OF 6 [JDC TEMPLATE – 05/17]

- 6 -

**Second** Claim

(Name the law or violated: Freedom of Information Act)

(Name the defendants who violated it: united state Federal government)

You know I supposed to have my paperwork being a danger human being, It's really Important but you protect the buffaloes First,

No I have the blood In a skin Complexion being Native American,

COMPLAINT
PAGE 5 OF 6 [JDC TEMPLATE – 05/17]

## DEMAND FOR RELIEF

*[State what you want the Court to do. Depending on your claims, you may ask the Court to award you money or order the defendant to do something or stop doing something. If you are asking for money, you can say how much you are asking for and why you should get that amount, or describe the different kinds of harm caused by the defendant.]*

I would like the united states For your sweet land of liberty what you left me out ~~have~~ release my Information to me and $75,000.

## DEMAND FOR JURY TRIAL

*[Check this box if you want your case to be decided by a jury, instead of a judge, if allowed.]*

☐ Plaintiff demands a jury trial on all issues.

Respectfully submitted,

Date: 1/21/24   Sign Name: Brett Washington
                Print Name: Brett Washington

COMPLAINT
PAGE 6 OF 6  *[JDC TEMPLATE – 05/17]*